IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GUADALUPE BALTIERRA, AS
PERSONAL
REPRESENTATIVE OF THE
ESTATES OF JULIA RAMIREZ
BALTIERRA AND PABLO
RAMIREZ BALTIERRA,

      Appellant,

v.

ISAAC MAYHEW, JR.,  ST.
VINCENT'S MEDICAL
CENTER, DR. BENJAMIN
MOORE, DR. CURTIS BLEAU
AND DR. REGINALD SYKES,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1538

Opinion filed February 2, 2016.

An appeal from the Circuit Court for Duval County.
Thomas Beverly, Judge.

Kyle P. Tate and Lawrence H. Collins, of The Tate Firm PLLC, Orlando, for
Appellant.

Franklin Duke Regan and William T. Stone, Jr., of Saalfield Shad, P.A.,
Jacksonville, attorneys for Dr. Benjamin Moore; Stephen B. Gallagher, of Mark
Gray, P.A., Jacksonville, attorney for St. Vincent's Medical Center, Inc., and Dr.
Reginald Sykes; Joseph E. Brooks and Jami M. Kimbrell, of Brooks Law,
Tallahassee, attorneys for Dr. Curtis Bleau, Appellees.

PER CURIAM.

AFFIRMED.

ROBERTS, C.J., OSTERHAUS, and KELSEY, JJ., CONCUR.